IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JOHN P. JANDREW,               )
                               )
          Petitioner,          )
                               )
     v.                        )    1:25CV168
                               )
SHERIFF TRAVIS ALLEN, et al.,  )
                               )
          Respondents.         )
```

## ORDER

On May 20, 2025, the Order and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that all of the remaining claims set forth in Petitioner's amended petition for writ of habeas corpus under 28 U.S.C. § 2241 (Docs. 2 and 5) other than the speedy trial claim are DENIED.

                                                /s/   Thomas D. Schroeder
                                          United States District Judge

July 28, 2025